UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RODOLFO CORTES, | |
|---|---|
| Plaintiff, | Case No. 14-cv-03695-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| BAY AREA ASPHALT & CEMENT WORKS, INC., | |
| Defendant. | |

On February 5, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 06/15/2015 |
| Expert Discovery Cut-Off | 07/15/2015 |
| Last Day to Hear Dispositive Motions | 09/17/2015 at 9:00 am |
| Final Pretrial Conference | 12/03/2015 at 2:30 pm |
| Bench Trial | 12/14/2015 at 9:00 am |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT this case is referred to Mediation.

Dated:  February 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge